|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | **UNITED STATES DISTRICT COURT** | |
| 8 | **EASTERN DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-cv-01306-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| REAL PROPERTY LOCATED AT 1263 OAK AVENUE, CLOVIS, CALIFORNIA, FRESNO COUNTY, APN: 562-121-16, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | **(Doc. 28)** |
| REAL PROPERTY LOCATED AT 2775 JORDAN AVENUE, CLOVIS, CALIFORNIA, FRESNO COUNTY, APN: 564-060-21, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and, | |
| REAL PROPERTY LOCATED AT 986 ENCINO AVENUE, CLOVIS, CALIFORNIA, FRESNO COUNTY, APN: 554-360-04, INCLUDING ALL APPURETNANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

Upon Plaintiff's Motion for a Continuance of the Mandatory Scheduling Conference (Doc. 28), and for good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the Department of Justice at midnight on December 21, 2018, the Mandatory Scheduling Conference, currently set for January 8, 2019, is CONTINUED to February 5, 2019, at 10:30 AM before the undersigned.

By no later than January 29, 2019, the parties SHALL file a Joint Scheduling Report in accordance with the Court's Order Setting Mandatory Scheduling Conference (Doc. 2) and the applicable local rules (*see, e.g.*, E.D. Cal. L.R. 240), or alternatively, if funds have not been appropriated to the Department of Justice by that date, Plaintiff SHALL file a status report apprising the Court as to the Department of Justice's funding status.

IT IS SO ORDERED.

Dated: **January 4, 2019**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE