McGREGOR W. SCOTT
United States Attorney
ERIN M. SALES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

FILED
JAN 24 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CV-01306-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR INTERLOCUTORY SALE OF DEFENDANT REAL PROPERTY LOCATED AT 986 ENCINO AVENUE, CLOVIS, CALIFORNIA |
| REAL PROPERTY LOCATED AT 1263 OAK AVENUE, CLOVIS, CALIFORNIA, FRESNO COUNTY, APN: 562-121-16, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 2775 JORDAN AVENUE, CLOVIS, CALIFORNIA, FRESNO COUNTY, APN: 564-060-21, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and, | |
| REAL PROPERTY LOCATED AT 986 ENCINO AVENUE, CLOVIS, CALIFORNIA, FRESNO COUNTY, APN: 554-360-04, INCLUDING ALL APPURETNANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States and Claimants Gilbert Tom and Vincent Tom hereby agree and stipulate to an order authorizing the immediate interlocutory sale, pursuant to the terms set forth herein, for the real property located at 986 Encino Avenue, Clovis, California, Fresno County, APN: 554-360-04, including

1     Stipulation and Order re Interlocutory Sale of Defendant Real
      Property Located at 986 Encino Avenue, Clovis, California

all appurtenances and improvements thereto (hereafter "Defendant Encino Property"), and more fully described as:

> The land described herein is situated in the State of California, County of Fresno, City of Clovis, described as follows:
>
> Lot 4 of Tract No. 5950, as per plat recorded in Volume 83, Pages 30 to 32, inclusive, in the Office of the County Recorded of said County.
>
> APN: 554-360-04

1. On September 21, 2018, the United States filed a Verified Complaint for Forfeiture *In Rem* alleging that the Defendant Encino Property is subject to forfeiture on the grounds that the real property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. § 841 *et seq.*, an offense punishable by more than one year's imprisonment, and is therefore subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

2. The recorded owners of the Defendant Encino Property are Gilbert Tom and Vincent Tom, as joint tenants.

3. The Defendant Encino Property is encumbered by a mortgage lien in the principal amount of $265,000.00 secured by a Deed of Trust recorded on August 19, 2016. Assignment of said Deed of Trust was recorded on February 24, 2017, assigning Mortgage Electronic Registration Systems, Inc. (MERS) as the beneficiary and sole nominee for Athas Capital Group, Inc., a California Corporation.

4. On September 24, 2018, the United States recorded a Lis Pendens Notice of Pending Action against the Defendant Encino Property, giving notice to the titled and vested owners of the Defendant Encino Property of the United States' intent to forfeit the property pursuant to 21 U.S.C. § 881(a)(7). On September 24, 2018, the United States served a copy of the lis pendens by certified mail to the recorded owners and to the recorded lienholder, Mortgage Electronic Registration Systems, Inc.

5. On October 1, 2018, notice of the recorded lis pendens was filed in this action.

6. Beginning on October 12, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on December 4, 2018.

7. On October 12, 2018, Gilbert Tom and Vincent Tom each filed a Verified Claim Opposing Forfeiture and a Verified Answer to Complaint for Forfeiture *In Rem* in this action.

8. On or about September 20, 2018, Claimants placed the Defendant Encino Property on the market to be sold with an agent of RE/MAX GOLD. On or about December 11, 2018, the buyers of the Defendant Encino Property, Bryan Eugene Herzog and Jennifer Lee Herzog, placed an offer on the Defendant Encino Property. Claimants made a counter offer in the amount of $380,000.00 on or about December 15, 2018, which the buyers accepted on or about December 16, 2018. Escrow is estimated to close on or before February 14, 2019.

9. No other parties have filed claims or answers in this action, and the time in which any person or entity may file a claim and answer has expired.

10. The parties herein agree that the proposed sale of the Defendant Encino Property should proceed pursuant to Paragraphs 11 through 21 below.

11. The title/escrow officer will send the net proceeds from the sale of the Defendant Encino Property by certified check as follows:

    Payee:              U.S. Marshals Service
    Send in care of:    U.S. Attorney's Office
                            Attn: Asset Forfeiture Unit
                            2500 Tulare Street, Suite 4401
                            Fresno, California 93721

12. The net proceeds from the sale of the Defendant Encino Property shall be substituted as the *res* in this action and held pending further order of the Court.

13. The net proceeds from the sale of the Defendant Encino Property will include all money realized from the sale of the property, except for the following: real estate commissions, amounts due to the holder of any valid lien which was recorded prior to the time the United States' *Lis Pendens* was

recorded, real estate property taxes which are due and owing, insurance costs, and any other miscellaneous costs/fees incurred at closing through escrow.

14. Claimants will retain custody, control, and responsibility of the Defendant Encino Property until the interlocutory sale that is the subject of this Stipulation is complete. Claimants shall maintain all insurance policies currently in effect with respect to the defendant property, including hazard insurance to cover all buildings and other improvements that are now located on the property until the interlocutory sale is completed. The insurance must cover loss or damage caused by fire, hazards normally covered by "extended coverage" hazard insurance policies, and liability to persons injured on said properties and for property damage to the Defendant Encino Property.

15. Each party to this Stipulation shall execute all documents and provide signatures necessary to close escrow, as required by the title company.

16. All parties to this Stipulation hereby release the United States and its servants, agents, and employees from any and all liability arising out of or in any way connected with the posting or sale of the Defendant Encino Property. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said posting or sale, as well as to those now known or disclosed. The parties to this Stipulation waive the provisions of California Civil Code § 1542.

17. Claimants shall maintain the Defendant Encino Property in the same condition and repair as existed as of the date of the posting, normal wear and tear excepted, until their custody, control and responsibility have ceased. The term "maintain" shall include, but is not limited to, keeping the property free of hazard and structural defects; keeping all heating, air conditioning, plumbing, electrical, gas, oil, or other power facilities in good working condition and repair; keeping the property clean and performing such necessary sanitation and waste removal; keeping the property in good condition by providing for lawn and yard maintenance; and other ordinary and necessary items of routine maintenance.

18. Except as specifically provided herein, Claimants shall not convey, transfer, encumber, lien, or otherwise pledge the Defendant Encino Property without the prior written approval of the United States.

19. The signature pages of this Stipulation may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

20. All parties are to bear their own costs and attorney's fees.

21. Pending the interlocutory sale of the Defendant Encino Property, and the disposition of the proceeds, the parties hereby stipulate the U.S. District Court for the Eastern District of California, Hon. Lawrence J. O'Neill, Chief District Judge, shall retain jurisdiction to enforce the terms of this Stipulation.

WHEREFORE, the United States and Claimants request that the Court enter an order granting their stipulation for an interlocutory sale as proposed by the parties.

Respectfully submitted,

Dated: January 24, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Erin M. Sales
ERIN M. SALES
Assistant United States Attorney

(the remainder of this page intentionally left blank)

Dated: 1-23-19

GILBERT TOM
Claimant

ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of Sacramento  )

On 1-23-2019, before me, Dianne Sevilla, Notary Public, personally appeared Gilbert Tom, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Dianne Sevilla_

DIANNE SEVILLA
Commission # 2126990
Notary Public - California
El Dorado County
My Comm. Expires Oct 15, 2019

Dated: 1-23-1980

_Vincent Tom_
VINCENT TOM
Claimant

ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Sacramento

On 1-23-2019, before me, Dianne Sevilla, Notary Public, personally appeared Vincent Tom, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Dianne Sevilla_

DIANNE SEVILLA
Commission # 2126990
Notary Public - California
El Dorado County
My Comm. Expires Oct 15, 2019

Dated: 1/24/19

_J. Patrick McCarthy_
J. PATRICK McCARTHY
Attorney for Claimants Gilbert Tom
and Vincent Tom

7    Stipulation and Order re Interlocutory Sale of Defendant Real Property Located at 986 Encino Avenue, Clovis, California

## ORDER

1. The Defendant Encino Property shall be sold pursuant to the terms set forth above in the Stipulation for Interlocutory Sale.

2. The net proceeds from the sale of the Defendant Encino Property shall be deposited by the U.S. Marshals Service, substituted as the *res* herein, and held pending further order of the Court.

3. The pending forfeiture action shall proceed against the substitute *res* in lieu of the Defendant Encino Property sold pursuant to this Stipulation.

IT IS SO ORDERED.

Date: January 24, 2019

LAWRENCE L. O'NEILL
CHIEF UNITED STATES DISTRICT JUDGE